UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34055 |
|---|---|
| WILLIAM D KIRKLAND | (Chapter 13) |
| SHANNON KIRKLAND | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | WILLIAM D KIRKLAND & SHANNON KIRKLAND<br>5491 CRAWFORD TOMS RUN RD<br>BROOKVILLE, OH  45309 | 0.79 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2011

Certificate of Service    07-34055

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WILLIAM D KIRKLAND
5491 CRAWFORD TOMS RUN RD
BROOKVILLE, OH  45309

SHANNON KIRKLAND
24 HAY AVENUE
APT C
BROOKVILLE, OH  45309

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(73.1n)
BASS & ASSOCIATES PC
3936 E FT LOWELL RD
SUITE 200
TUCSON, AZ  85712

(71.1n)
ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ  85712

(69.1n)
HOUSEHOLD BANK SB NA
% BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ  85712

(68.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv